UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK DEON LEAK, #535513,

       Plaintiff,                                Case No. 23-cv-10389
                                                  Hon. Matthew F. Leitman

v.

MICHAEL J. BOUCHARD
AND KEVIN THOMAS,

       Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                        By:    s/Holly A. Ryan
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 20, 2023
Detroit, Michigan

1